IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID GORLEY and EVAN HOOVER,

    Plaintiffs,

    v.

J&D TRANSIT, INC. and JERRY VERHELST,

    Defendants.

Case No. 25-2414-JAR-ADM

## NOTICE AND ORDER TO SHOW CAUSE

To plaintiffs David Gorley and Evan Hoover ("Plaintiffs"), by and through their attorneys:

On July 28, Plaintiffs filed this collective action under the Fair Labor Standards Act against defendants J&D Transit, Inc. and Jerry Verhelst. (ECF 1.) The docket reflects that Plaintiffs served summons on J&D Transit, Inc. on July 29, 2025 (ECF 4), making J&D Transit, Inc.'s response to the complaint due August 19, 2025. *See* FED. R. CIV. P. 12(a). To date, J&D Transit, Inc. has not answered or appeared in this case. Plaintiffs have not moved for a clerk's entry of default or taken any other action as to its claims against J&D Transit, Inc. For this reason, the court orders Plaintiffs to show cause in writing by **September 5, 2025**, why the court should not recommend that the district judge dismiss the claims against J&D Transit, Inc. for failure to prosecute under FED. R. CIV. P. 41(b).

    **IT IS SO ORDERED.**

    Dated August 22, 2025, at Kansas City, Kansas.

                                                      s/ Angel D. Mitchell
                                                      Angel D. Mitchell
                                                      U.S. Magistrate Judge